Order issued November ⟶ 26 , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01010-CV

**HEALTHSMART HOLDINGS, INC., Appellant**

**V.**

**REAGAN BRUCE, Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-11763**

# ORDER

Before Justices Richter, Lang-Miers, and Myers

We **DIRECT** the Clerk of this Court to issue the mandate forthwith.

LANA MYERS
JUSTICE